157 A.3d 812

CLAY, Wendell

v.

STATE of Maryland

Pet. Docket No. 601, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 7, Sept. Term, 2016).

Petition for writ of certiorari denied

■

157 A.3d 812

COLEMAN

v.

WARD

Pet. Docket No. 614, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1785, Sept. Term, 2015).

Petition for writ of certiorari denied